**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

DAVID LYNCH                                                                             PETITIONER

vs.                                                              Civil Action No. 4:11-cv-113 HTW-LRA

RONALD KING                                                                           RESPONDENT

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson and the written objection to the proposed findings and recommendation.  Based upon the evidence therein contained, this court, having given full consideration to the aforesaid objection, finds the same not well taken.  Therefore, the Report and Recommendation of the United States Magistrate Judge is hereby adopted as the order of this court.

**SO ORDERED, THIS THE 29th DAY OF DECEMBER, 2011.**

                                                                    s/ HENRY T. WINGATE
                                                                    UNITED STATES DISTRICT JUDGE